UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTOMATIC HANDLING INTERNATIONAL, INC.,

      Plaintiff,

v.                                                      Case No. 06-11749
                                                      Hon. Victoria A. Roberts

DOMTAR INDUSTRIES, INC.,

      Defendant.
_____/

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss (Doc. #6). Defendant moved to dismiss Plaintiff's Complaint because one of the two contracts the suit is based on involves a mandatory forum selection clause. Unsure of the proper mechanism to seek dismissal, Defendant sought dismissal under Federal Rule of Civil Procedure 12(b)(1), 12(b)(3), and 12(b)(6); and under the doctrine of *forum non conveniens*.

On May 17, 2006, Plaintiff filed an Amended Complaint eliminating reference to the contract containing the forum selection clause.

Accordingly, Defendant's Motion to dismiss is **MOOT** and the hearing scheduled June 9, 2006 is cancelled.

**IT IS SO ORDERED.**

                                                 **s/Victoria A. Roberts**
                                                 **Victoria A. Roberts**
                                                 **United States District Judge**

**Dated:  May 19, 2006**

| |
|---|
| **The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 19, 2006.**<br><br>**s/Linda Vertriest**<br>**Deputy Clerk** |